UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HILLS NELSON and ALONZO HARRIS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, CHARLES BECK, LEROY D. BACA, STEVE COOLEY, WILLIAM J. BRATTON, FRANK M. TAVELMAN, SUSAN SCHWARTZ, JOHN DOE NO. 3, ALLEN, MACIAS, CARLOS VALEZ, TRACY BENJAMIN, JAYSON DELACOVA, V. CONRADO, JOHN/JANE DOE NO. 1, ADAM BIRCOVICI, ANTHONY AVILA, JOE CALLIAN, ROBERT KRAUS, GUSTAVO RAMIREZ, JEFFREY NOLTE, DEANA HERROD, DAVID FRIEDRICH, DONALD WALTHERS, ROBERT BINDER, STUART LOMAX, JOHN IZZO, CHARLES BENNETT, LARRY CHAMBERLAIN, RICHARD WILEY, WAYNE BLANDIN, HUGO | CASE NO. 2:11-CV-05407 PSG (JPR)<br>*[Assigned to Courtroom "6A" before the Honorable Philip S. Gutierrez presiding]*<br><br>**[PROPOSED] ORDER RE: DEFENDANTS ALEXANDER YIM, SUSAN SCHWARTZ, COUNTY OF LOS ANGELES', AND FRANK TAVELMAN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**FED. R. CIV. P. 12(b)(6)**<br><br>**Complaint Filed:** 06/29/11<br><br>**Trial Date:** None<br><br>[Motion to Dismiss and Request for Judicial Notice Filed Concurrently Herewith] |

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

17944

**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS**

| | |
|---|---|
| 1 | BARZA, DANIAL CRUZ, LAVEY, ) |
| 2 | IBARRA, JOHN/JANE DOE NO. 2, ) |
| 3 | JOHN/JANE DOE NO. 4, JOHN DOE ) NO. 5, ) |
| 4 | ) |
| 5 | Defendants. ) _____ ) |

**TO PLAINTIFFS FLOYD HILLS NELSON AND ALONZO HARRIS:**

  **PLEASE TAKE NOTICE** that Defendants ALEXANDER YIM, FRANK SUSAN SCHWARTZ, COUNTY OF LOS ANGELES, and FRANK TAVELMAN ("DEFENDANTS") Motion to Dismiss was taken under consideration by the Honorable Jean Rosenbluth presiding in Courtroom "6A" of the above-entitled court located at 210 West Temple Street, Los Angeles, CA 90012.  After consideration of the moving and opposition papers, the arguments of counsel and all other matters presented to and accepted by the Court; the Court orders as follows:

  (1) The Motion to Dismiss of Defendants is hereby *Granted*;

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that an order granting DEFENDANTS' Motion to Dismiss be entered in favor of DEFENDANTS and against Plaintiffs, FLOYD HILLS NELSON and ALONZO HARRIS.

  IT IS SO ORDERED.

DATED: _____  _____
               Honorable Jean Rosenbluth
               MAGISTRATE JUDGE

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

17944

2

**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,        )
                            ) ss.
**County of Los Angeles**   )

   I am employed in the County of    ☒ **Los Angeles**    ☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒   1100 El Centro Street, **South Pasadena**, California 91030

☐   750 The City Drive, Suite 400, **Orange**, California 92868

   On this date, I served the foregoing document described as **[PROPOSED] ORDER RE: DEFENDANTS ALEXANDER YIM, SUSAN SCHWARTZ, COUNTY OF LOS ANGELES', AND FRANK TAVELMAN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Floyd Hills Nelson
No. 1544050
Mens Central Jail
441 Bauchet Street, 1750 C-8
Los Angeles, CA 90012
**PLAINTIFF IN PRO SE**

Alonzo Harris
No. 1543903
Mens Central Jail
441 Bauchet Street, 2500 B-18
Los Angeles, CA 90012
**PLAINTIFF IN PRO SE**

☒   **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena**, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena,** California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena**, California.

☐   **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☐   **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐   **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐   **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626) 243-1111** indicated all pages were transmitted.

☐   **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **December 17, 2013** at: **South Pasadena**, California.

☐   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Debbie Parker*
DEBBIE PARKER
dparker@ccmslaw.com

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

17944

3

**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS**