1. Floyd H. Nelson # 1544050
2. Alonzo Harris # 1543903
3. 441 Bauchet St 1750
4. Los Angeles, CA 90012
5.
6. In Pro Se

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court
Central District of California

| Floyd Hills Nelson and Alonzo Harris, Plaintiffs, v. County of Los Angeles, Leroy D. Baca, Daniel Cruz, Marvin Cavanaugh, Paul Tanaka, William Fujioka, David Fender, Donald Hinton, Tiffany Allen, George Lovey, William Gilbert Defendants. | Case No. CV11-5407 PSG (JPR) Plaintiffs' Notice Identifying County Defendants Tiffany Allen and George Lovey in Order To Effectuate Proper Process of Service (FRCP 4, 5) |
|---|---|

To: The Honorable Jean P. Rosenbluth, US Magistrate Judge:

Pursuant to Rules 4(c)(1)(3), 5(a)(1) of the Federal Rules of Civil Procedure (FRCP), plaintiffs Floyd H. Nelson and Alonzo Harris (hereinafter "Plaintiffs") now fully identify County defendants "Allen" and "Lovey" by their full and true names "Tiffany Allen" and "George Lovey" in order to effectuate proper process of service.

During the parties 1/23/2014 meet and confer visitation at the MCJ, plaintiffs

(1)

1  were provided County Defendants Fifth Rule 26 Supplemental Disclosure at which time
2  the full names of each of defendants Tiffany Allen and George Lavey were provided.
3  Prior to this disclosure, defendants "Allen" and "Lavey" were never fully identified.
4  Contrary to defendants assertions listed in their Opposition to Plaintiffs' Request for
5  Assistance effectuating Service on Defendants Gilbert, Lavey and Allen, plaintiffs have
6  consistently and persistently sought to fully identify each of the aforementioned
7  defendants in the following Court and discovery filings:
8  • 2/2/2012 Court Order re: Service of Process by US Marshal
9  • 2/23/2012 Plaintiffs' "Application for Waiver of Providing 47 Copies of FAC to US Marshal
10 • 2/27/2012 Court Order denying 2/23/2012 Request
11 • 3/2/2012 Plaintiffs' Motion for Reconsideration (1)
12 • 3/27/2012 Plaintiffs' Motion for Reconsideration (2)
13 • 4/16/2012 Plaintiffs' Motion for Reconsideration (3)
14 • 4/19/2012 Court Order denying Motion for Reconsideration
15 • 4/22/2012 Plaintiffs' Correspondence to US Marshal re: Status of Service
16 • 5/31/2012 Plaintiffs' Notice of US Marshal Non-Compliance with Court Order
17 • 6/18/2012 Plaintiffs' Request for Court to Intercede...
18 • 6/21/2012 Court Order denying plaintiff's Request for Court to Intercede
19 • 3/22/2013 Plaintiffs' Application for Alias Summons
20 • 4/19/2013 Court Order denying application for alias summons
21 • 5/3/2013 Plaintiffs' Motion for Authorization to File Additional Interrogatories
22 • 5/3/2013 Plaintiffs' Request for Production of Documents (Set Two)
23 • 5/27/2013 Defendants Opposition to Plaintiffs Motion to File Additional Interrogatories
24 • 6/16/2013 Plaintiffs' Response to Defendants' Opposition
25 • 7/1/2013 Court Order denying as premature plaintiffs Motion to File
26    additional interrogatories
27 • 7/15/2013 Plaintiffs Case Status Report
28 • 7/17/2013 Defendants Joint Status Report

(2)

1. · 7/29/2013 Plaintiffs Correspondence to US Marshal re: Notice of Service
2. · 7/30/2013 Plaintiffs Motion Demonstrating Proper Process of Service
3. · 8/14/2013 Plaintiffs Ex Parte Application for Court to Issue Court Orders
4. 
5. Defendants claim of prejudice is unwarranted and disingenuous for it is only
6. caused as a result of their own refusal to allow service on defendants "Allen"
7. "Lavey" and "Gilbert" by the US Marshal when the initial attempt was made.
8. Defendants should not be allowed to profit from errors caused by their own
9. inaction.
10. To eleviate any unnecessary delays in the resolution of this case by adding
11. these defendants, plaintiffs have already provided defendants "Allen", "Lavey"
12. and "Gilbert" with their first set of Interrogatories and have proposed to
13. defendants that service of process be waived pursuant to FRCP 4(d) in order to
14. expedite the litigation process.
15. With the inclusion of defendants Tiffany Allen, George Lavey and William
16. Gilbert to this action, once service has either been waived or effectuated
17. properly, plaintiffs have notified opposing counsel during their 1/14/2014
18. meet and confer of their tentative plans to dismiss with prejudice County
19. defendants Leroy D. Baca, Daniel Cruz, Marvin Cavanaugh, Paul Tanaka,
20. William Fujioka and David Fender from this action pursuant to FRCP 41(c)
21. once defendants "Allen", "Lavey" and "Gilbert" have been included.
22. As the issue of proper process of service is being addressed by this honorable
23. court, now that the court has issued its 12/3/2012 order dismissing without
24. prejudice plaintiffs' motion to lift stay and file a Second Amended Complaint (SAC)
25. as to Claim I, upon filing their SAC plaintiffs will seek leave to effectuate proper
26. process of service on City defendant Jeffrey Nolte #26408 who has not been
27. able to be served by the US Marshals service as of 8/24/2012 in spite of
28. several attempts. During plaintiffs criminal trial it was learned that this

(3)

Defendant remains employed by the Los Angeles Police Department as a Lieutenant currently assigned to the 77th Street Division. The ability to effectuate service on this defendant will be essential to the claims alleged in plaintiff First Amended Complaint (FAC). In the original filing of this action, with the exception of defendant Jeffrey Nolte, defendants waived service pursuant to FRCP 4(d) for all remaining City and LAPD defendants in Claim I.

Respectfully Submitted,

Date: 1/25/2014

Floyd H. Nelson, In Pro Se

Date: 1/25/2014

Alonzo Harris, In Pro Se

(4)

*Proof of Service — Mail*

## PROOF OF SERVICE

Re:   Case Number  CV 11-5407 PSG (JPR)
      Case Title  Floyd H. Nelson et al v. City of Los Angeles et al.

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/~~am not~~ a party in the above-entitled action. I am employed in/~~reside in~~ the County of Los Angeles and my business/~~residence~~ address is 441 Bauchet St 1750 C-8 Los Angeles, CA 90012.

On January 25, 2014, I served the attached document described as a Plaintiffs Notice Identifying County Defendants Tiffany Allen, George Lovey in Order to Effectuate Proper Service (FRCP 4,5) (Plaintiffs' Copy w/ SASE confirm and Return)

on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in Los Angeles, California, addressed as follows:

1. US Central District Court
   ATTN: Office of the Clerk
   411 W. Fourth St, Suite 1053
   Santa Ana, CA 92701-4516

2. Valerie N. Gallo, Esquire
   Collins Collins Muir + Stewart LLP
   1100 El Centro St
   So. Pasadena, CA 91030

I, Floyd H. Nelson, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2014, at Los Angeles, California.

_____
Signature