

MANDATORY CHAMBERS COPY

E-FILED
JUL 1 5 2020
Document#_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FLOYD HILLS NELSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **Case No. CV 11-5407 PSG (JPR)**<br>*Hon. Philip S. Gutierrez - Ctrm. 6A, 6th Fl. (First Street)*<br>*Hon. Mag. Jean P. Rosenbluth - Ctrm. 690, 6th Fl. (Roybal)*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING NEW CASE DEADLINES AND TRIAL DATE**<br><br>Trial:　　　April 20, 2021 |

After full consideration of the parties' Joint Stipulation Requesting New Case Deadlines and Trial Date, and finding good cause, IT IS HEREBY ORDERED that the Court modifies its scheduling order as follows:

Last Day to Complete Expert Witness Depositions: **12/4/2020**

Last Day to Conduct Mandatory Settlement Conference: **12/11/2020**

Last Day to File Motions in Limine: **02/12/2021**

Last Day to File Oppositions to Motions in Limine: **03/05/2021**

Last Day to File Replies to Motions in Limine: **03/22/2021**

Last Day to Lodge Proposed Final PTC Order: **03/26/2021**

Final Pretrial Conference: **04/05/2021**

Jury Trial: **04/20/2021**.

**IT IS SO ORDERED.**

Dated: 7/14/2020

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE